568 A.2d 590

**COMMONWEALTH of Pennsylvania**

v.

**David K. JOHNSTON–Petitioner.**

Supreme Court of Pennsylvania.

Jan. 29, 1988.

ORDER

PER CURIAM.

AND NOW, this 29th day of January, 1988, this matter is remanded to the Superior Court for the preparation and filing of a concise memorandum or opinion addressing the issues raised by Petitioner on direct appeal. The "Petition to Remand to the Court of Common Pleas Only on the Subject of After Discovered Evidence" filed in this Court on February 26, 1987, is hereby transferred to the Superior Court.